1096

No. 03–7492. CHEELY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7493. MARQUEZ-RODRIGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7494. MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7496. MARTINEZ-CARRILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7498. MILLER, AKA BUCK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–7499. MANION, AKA PETERS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7500. ORTEGA, AKA LUGUIS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–7504. MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–574. CONSOLIDATED RAIL CORPORATION v. RICHARDS. C. A. 6th Cir. Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 03–7776 (03A490). ZIMMERMAN v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 02–1019. ARIZONA v. GANT, *ante*, p. 963;
No. 02–10820. TONDRE v. UNITED STATES, *ante*, p. 839;
No. 02–10850. MEYERS v. COLORADO DEPARTMENT OF HUMAN SERVICES, DIVISION OF VOCATIONAL REHABILITATION, ET AL., *ante*, p. 840;
No. 02–10984. BENJAMIN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 847;
No. 02–11021. IN RE WILLIAMS, *ante*, p. 810;
No. 02–11050. BIRCH v. ILLINOIS, *ante*, p. 851;

No. 02–11323. DAVIS v. LAVAN, SUPERINTENDENT, STATE COR-RECTIONAL INSTITUTION AT DALLAS, ET AL., *ante*, p. 868;

No. 02–11330. NOBLE v. NORRIS, DIRECTOR, ARKANSAS DE-PARTMENT OF CORRECTION, *ante*, p. 868;

No. 02–11385. QUINN v. DEPARTMENT OF THE INTERIOR, *ante*, p. 872;

No. 03–267. HICKEL v. KENT COUNTY CONCEALED WEAPON LICENSING BOARD, *ante*, p. 967;

No. 03–382. UNITED STATES EX REL. GARST v. LOCKHEED MARTIN CORP. ET AL., *ante*, p. 968;

No. 03–5066. O'NEAL v. UNITED STATES ET AL., *ante*, p. 886;

No. 03–5094. DAVIS v. BOCK, WARDEN, *ante*, p. 888;

No. 03–5358. MCWHORTER v. MCWHORTER, *ante*, p. 904;

No. 03–5367. GRIX v. FLORIDA FISH AND WILDLIFE CONSER-VATION COMMISSION, *ante*, p. 905;

No. 03–5504. IN RE PAGE, *ante*, p. 810;

No. 03–5925. CASTRO v. HORNUNG, WARDEN, ET AL., *ante*, p. 969; and

No. 03–6207. HILL v. UNITED STATES SUPREME COURT, *ante*, p. 990. Petitions for rehearing denied.

### DECEMBER 17, 2003

No. 03–6383. REIMANN v. RESEARCH TRIANGLE INSTITUTE ET AL. Ct. App. N. C. Certiorari dismissed under this Court's Rule 46.

### DECEMBER 18, 2003

No. 03A513. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. v. REID. Application to vacate stay of exe-cution of sentence of death entered by the United States Court of Appeals for the Fourth Circuit on December 17, 2003, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. 03–7899. REID v. TRUE, WARDEN. C. A. 4th Cir. Certio-rari denied.